09/30/2005 14:36 YJB → 19166352120 NO.816 P006

Case 3:05-cv-02517-JCS Document 20 Filed 10/03/05 Page 1 of 2
Case 3:05-cv-02517-JCS Document 19 Filed 09/30/2005 Page 1 of 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John I. Illingworth,

CASE NO. C05-02517 JCS

Plaintiff(s),

v.

BNSF RAILWAY CO.,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓  Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 9-30-05

William Jungbauer
Attorney for Plaintiff

Dated: 9/29/05

William C. Barry, SBN 060520
Attorney for Defendant

09/30/2005 14:36 YJB → 19166352120 NO.816 D007
Case 3:05-cv-02517-JCS Document 19 Filed 09/30/2005 Page 2 of 2
Case 3:05-cv-02517-JCS Document 20 Filed 10/03/05 Page 2 of 2

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
Non-binding Arbitration
Early Neutral Evaluation (ENE)
Mediation
Private ADR

Deadline for ADR session
90 days from the date of this order.
other

IT IS SO ORDERED.

Dated: 10/3/05

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE