UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN I. ILLINGWORTH,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>BNSF RAILWAY CO.,<br><br>　　　　Defendant(s).<br>_____/<br><br>AND RELATED CASE<br><br>SHELDON K. KANEKO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>BNSF RAILWAY CO.,<br><br>　　　　Defendant(s).<br>_____/ | No. C05-02517 JCS AND<br>RELATED CASE NO. C05-2519 JCS<br><br>**ORDER DENYING WITHOUT PREJUDICE THE DEPOSITIONS OF MEDICAL DOCTORS [Docket No. 51 and 53]** |

　　On October 26, 2006, Defendant filed a letter brief, construed as a Motion to Take The Depositions of Drs. Walter Afield and John Kleeman (the "Motion").

　　IT IS HEREBY ORDERED that the Motion is DENIED without prejudice to renewing after the January 17, 2007 mediation.

　　IT IS SO ORDERED.

Dated:   October 30, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge